In the Matter of the Tracks, Structures and Other Property of the NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, in the Borough of The Bronx. THE CITY OF NEW YORK, Appellant.

*Matter of N. Y. Central R. R. Co.*, 177 App. Div. 444, affirmed.

(Argued November 14, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1917, which affirmed an order of the public service commissions for the first and second districts, which directed the removal to the west of the line of railroad of the New York and Harlem Railroad Company, where it crossed Two Hundred and Forty-first and Two Hundred and Forty-second streets, discontinued portions of Two Hundred and Forty-first and Two Hundred and Forty-second streets and directed the construction of a viaduct within the lines of Two Hundred and Forty-first street extending from Carpenter avenue east of the railroad to Wakefield avenue in Yonkers west of the railroad. The city contended: (1) That the order appealed from was void and of no effect because proper notice of the hearing was not given to the city and the hearing was not advertised or held as required by sections 91 and 95 of the Railroad Law and (2) that the effect of said order by the commissions was to confer additional franchise rights upon the railroad company in perpetuity in the city streets without the consent of the city; and the commissions under the power conferred upon them by sections 91 and 95 of the Railroad Law to direct the alteration of existing grade crossing could not change the route or straighten the lines of the New York Central Railroad Company, or confer such rights upon that company in perpetuity in the city streets without such consent.

*Lamar Hardy, Corporation Counsel (Vincent Victory, Samuel J. Rosensohn* and *Frank J. Price* of counsel), for appellant.

*George H. Walker* and *Alexander S. Lyman* for respondents.

*H. M. Chamberlain* and *William L. Ransom* for public service commissions.

Order affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Taking no part: HISCOCK, Ch. J.